# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 402 |
| | : | |
| APPOINTMENT TO THE MINOR COURT | : | MAGISTERIAL RULES DOCKET |
| | : | |
| RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of August, 2016, Magisterial District Judge Margaret Hunsicker, Montgomery County, is hereby appointed as a member of the Minor Court Rules Committee for a term of three years commencing August 28, 2016.